No. 97–31. CALDERON, WARDEN, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (GORDON, REAL PARTY IN INTEREST). C. A. 9th Cir. Motion of

respondent Patrick Bruce Gordon for leave to proceed *in forma pauperis* granted. Certiorari denied.